JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MENDEZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITHFIELD PACKAGED MEATS CORP., a Delaware Corporation, and DOES 1 TO 50,<br><br>    Defendants. | Case No. 2:22-cv-07514 MWF (JCx)<br><br>*Honorable Michael W. Fitzgerald*<br><br>**OPRDER FOR DISMISSAL WITH PREJUDICE**<br><br>**Complaint Filed: September 14, 2022**<br>**Trial: None Set** |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THE ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  February 21, 2023

By: /s/ Michael W. Fitzgerald
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE